234

759 A.2d 911

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Derek GREEN, Respondent.

Supreme Court of Pennsylvania.

Sept. 7, 2000.

### *ORDER*

PER CURIAM:

AND NOW, this 7th day of September, 2000, the Commonwealth's Petition for Allowance of Appeal and "Petition to Allow Submission of Notice of Change in the Status of Authorities" are GRANTED.

It is further ordered that the decision of the Superior Court is REVERSED. *Commonwealth v. Lark*, 560 Pa. 487, 746 A.2d 585 (2000); *Commonwealth v. Rollins*, 558 Pa. 532, 738 A.2d 435 (1999).